IN THE UNITED STATES BANKRUPTYC COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-41042-JTL |
| | ) | |
| ANTHONY GLENN VOBORIL | ) | |
| | ) | |
| DEBTOR, | ) | CHAPTER 7 |

## NOTICE OF TURNOVER OF UNCLAIMED FUNDS

COMES NOW, Joy R. Webster, Chapter 7 Trustee in the above-referenced case and pursuant to 11 U.S.C § 347 and F.R.B.P. 3011 show the following:

1.

The above-referenced case was filed as a Chapter 13 on August 19, 2010. Said case was converted to a Chapter 7 on October 25, 2011 and Joy R. Webster was appointed as and acted as Chapter 7 Trustee in the case.

2.

A Distribution was made to creditors from the estate on or about February 27, 2015. As part of the distribution, a check was forwarded to HSBC Bank Nevada, NA (HSBC) in the amount of $872.28 for payment of their claim, Claim No. 11. Said check was not returned nor did it clear the bank and it became stale-dated. A Stop Payment request was sent to the bank and approved on June 30, 2015. A new address was located for HSBC and a check was reissued and mailed on June 30, 2015. That check has not been returned or cleared the bank and has now become stale-dated. A Stop Payment request was sent to the bank and approved on October 21, 2015. The last known address of HSBC is P.O. Box 4657, Carol Stream, IL 60197-4657.

3.

A check has been issued made payable to the United States Bankruptcy Court in the amount of $872.28 to be disposed of as unclaimed funds.

Wherefore, Joy R. Webster, Chapter 7 Trustee prays that the Court will accept the funds and dispose of them appropriately.

This **23rd** day of **October, 2015.**

                                /s/ Joy R. Webster

Akin, Webster & Matson, P.C.      Joy R. Webster
P.O. Box 1098                        Chapter 7 Trustee
Macon, GA 31202               GA Bar No. 605523
(478) 742-1889                     jwebster@akin-webster.com